**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**


CHRISTOPHER HARRIS,                 )
                                    )
                    Movant,         )
                                    )      1:08-cv-1315-DFH-TAB
        vs.                         )
                                    )
UNITED STATES OF AMERICA,           )


**Entry Concerning Selected Matters**

        Christopher Harris ("Harris"), who is serving the executed portion of the sentence imposed in No. IP 98-CR-121-03-H/F, recently filed an action docketed as No. 1:08-cv-1315-DFH-TAB. That action was necessarily treated as a second or successive filing and, because no authorization for such a filing was presented, the action was dismissed for lack of jurisdiction in a Judgment entered on the clerk's docket on October 17, 2008. Harris' notice of appeal followed on October 28, 2008, and the court declined to issue a certificate of appealability in its Entry of November 17, 2008. An additional notice of appeal was filed on November 6, 2008, and has been processed as such. As a result of this second notice of appeal and the other matters filed by Harris in recent days, the court makes the following rulings:

        1.      Harris' implied renewed request for a certificate of appealability is **denied** for the same reasons as explained in the Entry of November 17, 2008.

        2.      Harris' *Motion and Order to Enter Satisfaction of Judgment* (dkt 28) and his *Motion and Order for Declaratory Judgment and Reservation of Inalienable Rights* (dkt 29) are captioned for filing in and for consideration by the Court of Appeals and are thus **denied** insofar as they could be understood as seeking relief in this court.

        3.      Harris' *motion to stay proceedings to enforce a judgment* (dkt 30) is **denied,** because this court has acted on the underlying matters to which this motion refers.

        4.      Harris' *motion to stay sentence to pay fine* (dkt 32) is **denied** because the imposition of or relief from a fine had nothing to do with the motion for relief pursuant to 28 U.S.C. § 2255.

5.      Harris' *personal recognizance bond without surety* (dkt 33) is of **no effect** because the court has not admitted Harris to bail and this would not be an appropriate case for such action. *Morgan v. Calderone,* 2008 WL 4858387 (S.D.Ind. Nov. 10, 2008).

6.      Harris' *request for admission and discovery* (dkt 34) is also of **no effect,** because discovery (supplying Harris with proof of "claims" consisting of various propositions based on the preposterous notion that Harris' prosecution and conviction created a creditor-debtor relationship between himself and the United States) is not warranted here.

So ordered.

*David F Hamilton*
_____
DAVID F. HAMILTON, Chief Judge
United States District Court

Date:  12/2/2008

Distribution:

Office of the United States Attorney
10 West Market Street    Suite 2100
Indianapolis, IN   46204-3048

Christopher Harris
Reg. No. 05927-028
U.S.P.
P.O. Box 7000
Florence, CO 81226